JMK

**FILED**

APR 1 4 2022 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# MOTION UNDER 28 U.S.C. SECTION 2255
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

United States of America )
)
)
)
)
)
v. ) CASE NO. 1:19-CR 00277(1)
) (To be supplied by clerk)
)
Concepcion Malinek )
(Full name and prison number of movant) )
53954-424

22-CV-1941
Judge Chang
Magistrate Judge Cole
[19cr277-1]

**IF THE MOVANT HAS A SENTENCE TO BE SERVED IN THE <u>FUTURE</u> UNDER A FEDERAL JUDGMENT WHICH HE WISHES TO ATTACK, HE SHOULD FILE A MOTION IN THE FEDERAL COURT WHICH ENTERED THE JUDGMENT.**

1. Place of detention, or if on parole, date of parole release
   Atwood Camp-FMC. P.O. Box 14500 Lexington, KY. 40512 4500

2. Name and location of court which sentence was imposed and name of judge who imposed the sentence which is now under attack.
   District Court Illinois, Northern Illinois
   Edmond E Chang

Revised 06/05/2015

3. Date of judgment of conviction: 4-19-2021

4. Case number: 1:19-CR-00277 (1)

5. Length of sentence: 78 Months

6. Nature of offense involved (all counts): 18:1589-90 Forced Labor My Passt Attorney Robert Louis Rasscia had me to plea guilty. He asked my Husband to convence me to take a plea 7-28-2020. was a phone call on

7. What was your plea? (check one)

   (A) Not guilty ☐
   (B) Guilty ☒
   (C) Nolo Contendere ☐

8. Kind of trial: (check one)

   (A) Jury ☐
   (B) Judge only ☒

9. Did you testify at the trial?
   Yes ☐   No ☒

10. Did you appeal from the judgment of conviction?
    Yes ☐   No ☒

11. If you did appeal, answer the following:

    (A) Name of court  N/A
    (B) Result  N/A
    (C) Date of result  N/A

12. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐   No ☒

2    Revised 06/05/2015

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13. If your answer to (12) was **"YES,"** give the following information:

(A) (1) Name of court  N/A

(2) Nature of proceeding  N/A

(3) Grounds raised  N/A

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result  N/A

(6) Date of result  N/A

(B) As to any second petition, application or motion, give the same information:

(1) Name of court  N/A

(2) Nature of proceeding  N/A

(3) Grounds raised  N/A

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result  N/A

(6) Date of result  

(C) As to any third petition, application or motion, give the same information:

(1) Name of court  N/A

(2) Nature of proceeding  N/A

(3) Grounds raised  N/A

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result  N/A

(6) Date of result  N/A

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(D) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

    (1) First petition, etc.     Yes ☐     No ☒

    (2) Second petition, etc.     Yes ☐     No ☒

    (3) Third petition, etc.     Yes ☐     No ☒

(E) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

Because I was told by my public defender I have to start over again, also very Traumatezed, also I can be facing Longer sentence time

14. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

**CAUTION: IF YOU FAIL TO SET FORTH ALL GROUNDS IN THIS MOTION, YOU MAY BE BARRED FROM PRESENTING ADDITIONAL GROUNDS AT A LATER DATE.**

A. Ground one All came through immigration From San Antonio Texas with GPS on

Supporting FACTS: (Tell your story briefly without citing cases or law.)
Each family they was beggin my help No one told me was wrong......

4     Revised 06/05/2015

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Karina From Florida ask me a Finger pint 6 people, my citizenship I mail all peper work, Karina DCFS FL Also From DCFS From iL was in my House to inspetion

B. Ground two Also for the two manor I have the ice each Thursday From 7Am to 5pm visitation

Supporting FACTS: (Tell your story briefly without citing cases or law.)

The ice was in my House first Flor name of woman from ice Maria. Also a man from ice Francisco was in my Basment to visit victoriano choc Mucu and Ervin Alfrendo Maquin Rar

C. Ground three The people From school was in my House to see the kids

Supporting FACTS: (Tell your story briefly without citing cases or law.)

I was ask by the school to signed affidavit for each child on cicero Next to my House. I belive 6 child total

D. Ground four I never change, date, year, month no one, not on my knowledge Also to Forced somone for Labor victoriano choc Mucu and Ervin Alfrendo Maquin Rar They ask they Attorney from immigration if they can work with false documention the Attorney name Bryan.

Supporting FACTS: (Tell your story briefly without citing cases or law.)

I was ask all my help only pay all they needs From Airline Ticket clothing, food Hospital bills, clinic bills etc.

15. If any of the grounds listed in 14 A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

At the advice of my Attorney not to say anything because they going Look like they Lie. Also I can go home soon. my Attorney never investigated on my be half all the conspiracy etc

16. Do you have any petition or appeal now pending in any court as to the judgment under attack? Yes ☐   No ☒

(A) If "YES," state the name of the court and the nature of the proceeding:

N/A

17. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing RAY Pijan
134 N La Salle ST, chicago iL 66602

(B) At arraignment and plea Robert Rascia
650 N Dearborn ST suite 700 Chicago iL 60654

6                                              Revised 06/05/2015

Robert Rascia 650 N Dearborn ST chicago IL 60654

(C) At trial I pay my trial, my Attorney keep the money, I ask my money back my Attorney told me no

(D) At sentencing Robert Rascia 650 N Dearborn ST suite 700 chicago IL 60654

(E) On appeal Thomas W Patton 401 main ST peoria IL 61602

(F) In any post-conviction proceeding N/A

N/A

(G) On appeal from any adverse ruling in a post-conviction proceeding

N/A

18. Were you sentenced on more than one count of an indictment, or more than one indictment, in the same court and at approximately the same time?  Yes ☐  No ☒

19. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?  Yes ☐  No ☒

   (A) If so, give the name and location of the court which imposed the sentence to be served in the future: _____

   (B) And give the date and length of sentence to be served in the future: _____

   N/A

This motion is not to vacate my sentence, i am only requesting that my sentence be reduced. Thank you.

WHEREFORE, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of attorney (if any)

_____
Signature of Movant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3-24-22
                 (date)

_____
Signature of Movant

Kristen J Bush
ex 4/6/22

8    Revised 06/05/2015

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Concepcion Malinek
Reg. No. 53954-424
FMC Lexington
P.O. Box 14500
Lexington, KY 40512-4500

Legal mail

22-CV-1941
Judge Chang
Magistrate Judge Cole
[19cr277-1]

CERTIFIED MAIL
7018 1830 0001 9487 3693

04/14/2022-15

53954-424
Clerk Of States District
219 S Dearborn ST
Chicago, IL 60604
United States

RECEIVED
2022 APR 14 AM 8:43
UNITED STATES MARSHALS SERVICE

LEXINGTON
TUE 05 APR

