# United States District Court
## Northern District of Illinois
### Prisoner Civil Cover Sheet

**FILED**
APR 14 2022 SK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):**
UNITED STATES OF AMERICA

**Defendant(s):**
CONCEPCION MALINEK

**County of Residence:**

**County of Residence:**
US, Outside of IL

**Plaintiff's Address:**
Name:

Unit Field:

(Prisoner ID Field (USM# ONLY))

**Address:**
AUSA
Christopher Parente
Cheronis, Parente & Levitt
140 South Dearborn St. Suite 411 Chicago, IL 60304

**Defendant's Attorney:**
Conception Malinek
53954-424
FMC Lexington
PO Box 14500
Lexington, KY 40512

22-CV-1941
Judge Chang
Magistrate Judge Cole
[19cr277-1]

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [■] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:    Defendant:

**Origin:**
- [■] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 - Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes  [■] No

**Signature:** _/s/_   **Date:** 4/14/2022
[19cr277-1 Chang/Cole]

Rev. 02/12/2019