UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
Eastern Division

United States of America
                              Plaintiff,

v.                                                                            Case No.: 1:22−cv−01941
                                                                              Honorable Edmond E. Chang

Concepcion Malinek
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 25, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: On review of Defendant Malinek's motion under 28 U.S.C. 2255, the motion on its face appears to have certain gaps, such as a particular constitutional or statutory violation. There are references to her attorneys, so perhaps the Defendant is attempting to assert an ineffective−assistance claim. But much of the motion reads like an actual−innocence type argument; having said that, the requested relief is disconnected from that type of argument because it asks only for a reduced sentence, not a vacatur. In any event, the government shall respond by 05/23/2022. The Defendant may reply by 06/20/2022. To track the case only (no appearance is required, the case will not be called), a tracking status hearing is set for 07/22/2022 at 8:30 a.m. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.