## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

United States of America

                        Plaintiff,

v.                                                    Case No.: 1:22−cv−01941

                                                         Honorable Edmond E. Chang

Concepcion Malinek

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 13, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: The 28 U.S.C. 2255 motion is under advisement. The tracking status hearing of 10/14/2022 is reset to 01/13/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.