OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



06/14/2024-22



RECEIVED
JUN 14 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

quadient
FIRST-CLASS MAIL
IMI
$003.07
04/11/2024 ZIP 60604
043M31253314
US POSTAGE

RETURN TO SENDER
FACILITY

NIXIE    402   DE 1         0006/09/24

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 60604139099        *2970-06646-09-21



Concepcion Malinek
53954-424
FMC Lexington
P.O. Box 14500
Lexington KY 40512
US