**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

22-CV-1941
#.23

RTS
NOT @ ADDRESS

S SUBURBAN IL 604
30 DEC 2024 PM 6 L

quadient
FIRST-CLASS MAIL
IMI
$000.69
12/20/2024 ZIP 60604
043M31253314
US POSTAGE

NIXIE         601   FE  1           0001/09/25
            RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 60604180099        *0461-00340-28-03



01/14/2025-30



RECEIVED

JAN 14 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT