**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



RECEIVED

APR 30 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



quadient
FIRST-CLASS MAIL
IMI
$000.69 º
02/18/2025 ZIP 60604
043M31253314

US POSTAGE

22CV1941
DOC #26

5SA

KRM Chicago
1901 Butterfield Road
Suite 130
Downers Grove IL 60515
United Sta

NTXTF        601      FF 1           0003/08/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 60604180099      *1276-01783-08-32

RECEIVED

MAY 05 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT